IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN C. BERG | : | CIVIL ACTION |
| | : | |
| v. | : | No. 23-4204 |
| | : | |
| COMMONWEALTH OF | : | |
| PENNSYLVANIA, et al. | : | |

# ORDER

AND NOW, this 13th day of June, 2024, upon consideration of pro se Plaintiff John C. Berg's Motion for Temporary Relief (Document No. 2), Motion for Order Granting Temporary Relief (Document No. 3), Second *Ex Parte* Motion for Temporary Relief (Document No. 11), Motion for Default Judgment (Document No. 13), Emergency Second Motion for Default Judgment (Document No. 14), and Emergency Third Motion for Entry of Default Judgment Directly by the Court (Document Nos. 17 & 18), and for the reasons explained in the accompanying Memorandum, it is ORDERED the Motions are DENIED.  If Berg wishes to proceed with this action, he must properly serve Defendants and provide proof of service to the Court.  *See* Fed. R. Civ. P. 4(*l*).

BY THE COURT:

   /s/ Juan R. Sánchez
Juan R. Sánchez, J.